Edmond H. GALTON, Plaintiff—
Appellant,

v.

Michael J. ASTRUE, Commissioner of
Social Security, Defendant—
Appellee.

No. 09–56943.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 9, 2011.

Edmond H. Galton, Moreno Valley, CA,
pro se.

Assistant U.S. Attorney, Esquire, Doro-
thy Schouten, Assistant U.S., USLA–Of-
fice of the U.S. Attorney, Los Angeles, CA,
Scott J. Borrowman, Assistant Regional
Counsel, SSA–Social Security Administra-
tion, Office of the General Counsel, San
Francisco, CA, for Defendant–Appellee.

Before: PREGERSON, THOMAS, and
PAEZ, Circuit Judges.

MEMORANDUM **

Edmond H. Galton appeals pro se from
the district court's judgment affirming the
Commissioner of Social Security's denial of
benefits. We have jurisdiction under 28
U.S.C. § 1291. We review de novo. *Lew-
is v. Astrue,* 498 F.3d 909, 911 (9th Cir.
2007). We affirm.

Contrary to Galton's contentions, the
Administrate Law Judge's decision did not
go beyond the scope of the remand order
because, as the district court had instruct-
ed, the Administrative Law Judge on re-
mand determined whether there was any
work in the economy that Galton could
perform in light of all his impairments,
including dyslexia.

Galton's remaining contentions are un-
persuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.

